FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 9 2004

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN P. SHERIDAN,

    Applicant,

v.   No. CIV-04-0417 WJ/KBM

STATE OF NEW MEXICO MOTOR
VEHICLE DEPARTMENT,
SOCORRO DISTRICT COURTS,
DOES 1 TO 200,

    Respondents.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court, *sua sponte* under Rule 4 Governing Section 2254 Cases, for preliminary consideration of Applicant's application for writ of habeas corpus under 28 U.S.C. § 2254. For the reasons below, the application will be dismissed.

According to attachments to the application, Applicant seeks relief from a state agency's administrative revocation of his New Mexico driver's license and the state district court's affirmance of revocation on appeal. The attachments also describe an alleged assault by a sheriff's officer. The application makes no allegation that Applicant is incarcerated or in constructive custody. 28 U.S.C. 2254(a). "[S]uspension or revocation of his driver's license does not render [Applicant] 'in custody' for the purposes of § 2254. *Jones v. Grant*, No. 00-2314, 2001 WL 201974, at **1 (10th Cir. March 1, 2001). The Court, therefore, does not have subject matter jurisdiction of the application, *Oyler v. Allenbrand*, 23 F.3d 292, 293 (10th Cir. 1994), and Applicant is not entitled to habeas corpus relief. Rule 4(b). The application will be dismissed. Applicant may assert his claims of civil rights violations



in a complaint under 42 U.S.C. § 1983.

IT IS THEREFORE ORDERED that Applicant's motion for leave to proceed in forma pauperis (Doc. #2) is GRANTED;

IT IS FURTHER ORDERED that Applicant's application for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED without prejudice; and, pursuant to Fed.R.Civ.P. 58(a)(2)(A)(iii), *United States v. Sam*, No. 02-2307, 2003 WL 21702490, at *1 (10th Cir. July 23, 2003), judgment will enter in accordance with this order.

_____
UNITED STATES DISTRICT JUDGE